JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT:
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
100 Bush Street, #1980
San Francisco, CA 94104
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorney for Plaintiff
DARLENE HALE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HALE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, and DOES 1 through 5,<br><br>　　　　Defendants. | CASE NO. 4:19-cv-04184-HSG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DISCLOSURES UNDER GENERAL ORDER 71**<br><br>Complaint Filed:　June 9, 2017<br>Removal Filed:　July 19, 2019<br><br>Trial Date:　　　None Set |

///

///

///

///

1

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  WHEREAS General Order 71 requires the parties to produce certain documents and provide certain information to each other "within 30 days after the defendant has submitted a responsive pleading or motion, unless the assigned judge rules otherwise."

WHEREAS this case was removed to federal court from the Contra Costa County Superior Court on July 19, 2019.

WHEREAS Defendant filed its answer in state court on July 15, 2019, before either party was aware the case would be subject to General Order 71, and there will not be a responsive pleading or motion filed following removal.

WHEREAS the parties would like to start the 30 days to comply with General Order 71 from the day after the Court notified the parties of General Order 71.

WHEREAS documents and information have previously been exchanged between the parties in the state court action prior to removal, and the parties agree they need not produce documents and information that have already been exchanged in discovery proceedings in state court.

Pursuant to General Order 71, the Parties stipulate to an extension of time to provide documents and information in General Order 71 to August 23, 2019, and request Court approval of this deadline, and approval that the parties need not produce documents and information that have already been exchanged in discovery proceedings in state court.

Dated: July 26, 2019

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


/s/ Jason M. Sherman
    JASON M. SHERMAN
Attorney for Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

///

///

///

STIPULATION AND ORDER TO EXTEND
TIME FOR DISCLOSURES UNDER
GENERAL ORDER 71

Case No.: 4:19-cv-04184-HSG

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

| | |
|---|---|
| Dated: July 26, 2019 | Law Office of Richard M. Rogers |
| | /s/ Richard M. Rogers<br>RICHARD M. ROGERS<br>Attorney for Plaintiff Darlene Hale |

### FILER'S ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Jason M. Sherman hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

| | |
|---|---|
| Dated: July 26, 2019 | JOHNSON SCHACHTER & LEWIS<br>A Professional Law Corporation |
| | /s/ Jason M. Sherman<br>JASON M. SHERMAN<br>Attorney for Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

| | |
|---|---|
| Date: 7/29/2019 | *Haywood S. Gilliam Jr.* (signature)<br>Judge Haywood S. Gilliam, Jr.<br>United States District Judge |

STIPULATION AND ORDER TO EXTEND TIME FOR DISCLOSURES UNDER GENERAL ORDER 71

Case No.: 4:19-cv-04184-HSG