UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HALE,<br><br>    Plaintiff,<br><br>v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT,<br><br>    Defendant. | Case No. 19-cv-04184-JCS<br><br>**ORDER REGARDING JOINT DISCOVERY LETTER** |

Plaintiff and Defendant have filed a joint letter dated December 26, 2019, in which Plaintiff seeks permission to take more than the ten depositions permitted under the Federal Rules of Civil Procedure (the "Motion," dkt. 37). Plaintiff has taken only five depositions.

Plaintiff has not shown good cause to exceed the ten deposition limit at this time. His only justification is that all 20 persons identified by Defendant have knowledge relevant to the claims in the case. That is not sufficient. This is a simple case, and not everyone with any relevant knowledge must be deposed. Plaintiff has not shown why a deposition of all 20 witnesses is proportional to the needs of case.

If, after using the remaining depositions to depose the most important witnesses in the case, there are one or more witnesses that Plaintiff still desires to depose, Plaintiff may file a new joint letter if the matter cannot be resolved between counsel. In any such application, Plaintiff may not just rest on the fact that a witness has relevant knowledge—Plaintiff must show that the depositions are proportional to the needs of the case, including a demonstration of the importance of the testimony of the specific witnesses in question. The Motion is DENIED.

**IT IS SO ORDERED.**

Dated: December 27, 2019

JOSEPH C. SPERO
Chief Magistrate Judge