JASON M. SHERMAN, ESQ. (SBN 245190)
jason@jsl-law.com
JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation
Harvard Square
2180 Harvard Street, Suite 560
Sacramento, CA 95815
Telephone: (916) 921-5800
Facsimile: (916) 921-0247

Attorneys for DEFENDANT:
SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
1032 Irving Street, #717
San Francisco, CA 94122
Telephone:    415/981-9788
Facsimile:    415/981-9798
Email:        RogersRMR@yahoo.com

Attorney for Plaintiff
DARLENE HALE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARLENE HALE, | CASE NO. 4:19-cv-04184-HSG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND EXPERT DISCOVERY CUTOFF** |
| v. | |
| SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, and DOES 1 through 5, | Complaint Filed:  June 9, 2017<br>Removal Filed:   July 19, 2019 |
| Defendants. | Trial Date:      October 19, 2020 |

///

///

///

///

1

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND EXPERT DISCOVERY CUTOFF**                         Case No.: 4:19-cv-04184-HSG

JOHNSON SCHACHTER & LEWIS
A PROFESSIONAL LAW CORPORATION
2180 HARVARD STREET, SUITE 560
SACRAMENTO, CA 95815
TELEPHONE: (916) 921-5800 / FACSIMILE: (916) 921-0247

1  WHEREAS pursuant to the Court's Scheduling Order of November 4, 2018 [Docket
2  #30], exchange of opening expert reports was scheduled for April 6, 2020.

3  WHEREAS pursuant to the Court's Scheduling Order of November 4, 2018, exchange of
4  rebuttal expert repots is scheduled for April 20, 2020.

5  WHEREAS pursuant to the Court's Scheduling Order of November 4, 2018, close of
6  expert discovery is set for May 4, 2020.

7  WHEREAS the State of California is currently under a Shelter in Place order due to
8  Covid-19 rendering expert discovery extremely difficult to coordinate and complete.

9  WHEREAS the parties wish to extend the expert discovery cutoff for all parties to just
10 over four weeks to Friday, June 5, 2020.

11 Accordingly, the parties stipulate that good cause as outlined above exists to extend the
12 expert discovery cutoff deadline from May 4, 2020 to June 5, 2020.  This stipulation applies only
13 to the scheduling of depositions for timely disclosed expert witnesses.

15  Dated:  April 22, 2020                    JOHNSON SCHACHTER & LEWIS
                                              A Professional Law Corporation

                                              /s/ Jason M. Sherman
                                              JASON M. SHERMAN
                                              Attorney for Defendant SAN RAMON VALLEY
                                              UNIFIED SCHOOL DISTRICT

21  Dated:  April 22, 2020                    Law Office of Richard M. Rogers

                                               /s/ Richard M. Rogers
                                              RICHARD M. ROGERS
                                              Attorney for Plaintiff DARLENE HALE

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Jason M. Sherman hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: April 22, 2020

JOHNSON SCHACHTER & LEWIS
A Professional Law Corporation


/s/ Jason M. Sherman
JASON M. SHERMAN
Attorney for Defendant SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The expert discovery cutoff date is extended to June 5, 2020.

Date: 4/23/2020

JUDGE HAYWOOD S. GILLIAM, JR.
United States District Judge

STIPULATION AND [PROPOSED] ORDER
TO EXTEND EXPERT DISCOVERY CUTOFF                    Case No.: 4:19-cv-04184-HSG